U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A (With Counsel)

CRIMINAL NO. 1:19-CR-0369

AVANIR PHARMACEUTICALS, INC., defendant, having received a copy of the within Information, and having been arraigned pleas Not Guilty thereto.

In Open Court this 26th day of September, 2019.

_____
SIGNATURE (Defense Attorney)
MATTHEW J. O'CONNOR
Covington & Burling LLP
One City Center, 850 Tenth St. NW
Washington, DC  20001-4956
Phone: 202-662-5469

_____
SIGNATURE (Defendant)
AVANIR PHARMACEUTICALS, INC.
By:  MATTHEW J. O'CONNOR
30 Enterprise, Suite 400
Aliso Viejo, CA  92656
Phone: 949-389-6700

_____
SIGNATURE (Defense Attorney)
DANIEL P. GRIFFIN
Miller & Martin
Regions Plaza Suite 2100
1180 West Peachtree Street, N.W.
Atlanta, GA 30309-3407
Phone: 404-962-6100
Bar No. 310760

Filed in Open Court by:

_____
(Signature)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 2 6 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12