IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

AVANIR PHARMACEUTICALS, INC.

Criminal Action No.

1:19-CR-00369-TCB

### Government's Motion for Leave to File Dismissal

It appearing in the above-styled case, that the period contemplated by the Deferred Prosecution Agreement entered into by the parties has expired, with defendant Avanir Pharmaceuticals in compliance with the terms of that agreement, of the Criminal Information, filed September 26, 2019, charging violation of 42 U.S.C. Section 1320a-7b(b)(2)(A), count one is dismissed with prejudice as to Avanir Pharmaceuticals, Inc. and Movant prays leave of Court to file the same.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/ CHRISTOPHER J. HUBER
CHRISTOPHER J. HUBER
*Assistant United States Attorney*
Georgia Bar No. 545627
chris.huber@usdoj.gov

### Order

Now, to-wit, on the 30th day of November, 2022, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE